United States Courts
Southern District of Texas
FILED

APR - 6 2026

Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

**DEBORAH SWAN,**
 Plaintiff,

v.                                                    Civil Action No. 4:25-cv-02799

**DEPUTY WALTER SHIELDS, et al., AND
MONTGOMERY COUNTY AND
MONTGOMERY COUNTY
CONSTABLES PCT 3**
 Defendants.

## PLAINTIFF'S NOTICE OF APPEAL AND NOTICE OF CONTINUED IN FORMA PAUPERIS STATUS ON APPEAL

Notice is hereby given that Plaintiff Deborah Swan appeals to the United States Court of Appeals for the Fifth Circuit from:

1. the **Memorandum and Order** entered on **March 24, 2026** (ECF No. 123), granting Defendants' Motion to Dismiss and dismissing Plaintiff's claims against Deputy Walter Shields and Montgomery County with prejudice;

2. the **Final Judgment** entered on **March 24, 2026** (ECF No. 124); and

3. all prior interlocutory orders and rulings that merged into the final judgment, including orders affecting amendment of pleadings, dismissal of claims, and preserved objections reflected in the record.

Plaintiff appeals on the grounds that the district court erred in dismissing the action with prejudice, including by mischaracterizing Plaintiff's pleaded constitutional claims, dismissing Plaintiff's First, Fourth, and Fourteenth Amendment claims, dismissing municipal-liability claims, granting qualified

immunity at the pleading stage, restricting amendment, and failing to address preserved objections regarding Defendants' repeated misstatements of Plaintiff's causes of action and supporting allegations.

### Notice of Continued In Forma Pauperis Status on Appeal

Plaintiff was granted leave to proceed **in forma pauperis** in this action at the district court level. Pursuant to **28 U.S.C. § 1915(a)** and **Federal Rule of Appellate Procedure 24(a)(3)**, Plaintiff continues to proceed in forma pauperis on appeal without prepayment of fees. See also **Baugh v. Taylor, 117 F.3d 197 (5th Cir. 1997); Coppedge v. United States, 369 U.S. 438 (1962)**.

Respectfully submitted,

**/s/ Deborah Swan**
1318 Chesterpoint Dr
Spring, TX 77386
346-372-4344
swansinvestigations@gmail.com
 Plaintiff, Pro Se

Date: 04/06/2026

### Certificate of Service

I certify that on April 6, 2026, I served a true and correct copy of this **PLAINTIFF'S NOTICE OF APPEAL AND NOTICE OF CONTINUED IN FORMA PAUPERIS STATUS ON APPEAL**was served on counsel of record DAN PLAKE through the USPS to the following address:
**Montgomery County Attorney's Office**
 501 North Thompson Street, Suite 300
Conroe, Texas 77301 Phone: (936) 539-7800

**/s/ Deborah Swan**

1318 Chesterpoint Dr
Spring, TX 77386
346-372-4344
swansinvestigations@gmail.com
 Plaintiff, Pro Se