# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 12, 2026

Ms. Deborah Swan
Justice Guard
Research Forrest
1318 Chesterpoint Drive
Spring, TX 77386

No. 26-20161    Swan v. Shields
USDC No. 4:25-CV-2799

Dear Ms. Swan,

Your appeal is deficient for the following reason(s):

You have not ordered the transcript.  Fed. R. App. P. 10(b)(1)

You have not made financial arrangements with the court reporter. FED. R. APP. P.10(b)(4)

You must correct all outstanding deficiencies within 15 days of the date of this letter or your appeal will be dismissed pursuant to 5th Cir. R. 42.3.

Sincerely,

LYLE W. CAYCE, Clerk

By: _Rebecca Andry_
Rebecca Andry, Deputy Clerk
504-310-7638

cc:
Mr. Daniel Plake