## TRANSCRIPT ORDER FORM (DKT-13) - <u>READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING</u>

District Court <u>Southern District of Texas</u>  District Court Docket No. <u>4:25 cv 02799</u>

Short Case Title <u>Swan v. Shields</u>

**ONLY ONE COURT REPORTER PER FORM** Court Reporter <u>M. Walker Bailey</u>

Date Notice of Appeal Filed in the District Court <u>04/06/2026</u>  Court of Appeals No. <u>26 20161</u>

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**

☐No hearings ☐Transcript is unnecessary for appeal purposes ☐Transcript is already on file in the Clerk's Office

**OR**

**Check all of the following that apply, include date of the proceeding.**

This is to order a transcript of the following proceedings: ☐Bail Hearing _____ ☐Voir Dire _____

☐Opening Statement of Plaintiff _____ ☐Opening Statement of Defendant _____

☐Closing Argument of Plaintiff _____ ☐Closing Argument of Defendant: _____

☐Opinion of court _____ ☐Jury Instructions _____ ☐Sentencing _____

Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| Nov. 19, 2025 | Motion Hearing on Defendants' Motion to Dismiss (ECF No. 76) | Judge Keith P. Ellison |
|  | 28 U.S.C. § 753(f) 28 U.S.C. § 1915 FRAP 24(a)(3) |  |
|  | This hearing is reflected on the district docket |  |

**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**

**B. This is to certify satisfactory financial arrangements have been made. Method of Payment:**

☐Private Funds;  ☐Criminal Justice Act Funds (Enter Authorization-24 via eVoucher);

■Other IFP Funds;  ☐Advance Payment Waived by Reporter;  ☐U.S. Government Funds

☐Other _____

Signature <u>/s/ Deborah Swan</u>  Date Transcript Ordered <u>05/14/2026</u>

Print Name <u>Deborah Swan</u>  Phone <u>346 372 4344</u>

Counsel for <u>Deborah Swan self rep litigant</u>

Address <u>1318 Chesterpoint Dr Spring, TX 77386</u>

Email of Attorney: <u>swansinvestigations@gmail.com</u>

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
|  |  |  |  |

Payment arrangements have NOT been made or are incomplete.

Reason: ☐Deposit not received ☐Unable to contact ordering party ☐Awaiting creation of CJA 24 eVoucher

☐Other (Specify) _____

Date _____ Signature of Reporter _____ Tel. _____

Email of Reporter _____

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages _____  Actual Number of Volumes _____

Date _____ Signature of Reporter _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
MAY 15 2026
NATHAN OCHSNER
CLERK OF COURT