No. 26-20161

# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT



DEBORAH SWAN,
Plaintiff-Appellant,

v.

DEPUTY WALTER SHIELDS, et al.,
Defendants-Appellees.

### NOTICE OF STEPS TAKEN TO CURE TRANSCRIPT DEFICIENCY

Plaintiff-Appellant Deborah Swan, proceeding pro se and in forma pauperis,

respectfully notifies the Court that she is taking steps to cure the transcript

deficiency identified in the Court's May 12, 2026 notice.

Plaintiff-Appellant has completed or is submitting the DKT-13 transcript order

form for the November 19, 2025 motion hearing before Judge Keith P. Ellison,

reported by M. Walker-Bailey, in Southern District of Texas Case No.

4:25-cv-02799.

Because Plaintiff-Appellant proceeds in forma pauperis and cannot afford

transcript costs, she has also filed a motion in the district court requesting

preparation of the transcript at government expense.

Plaintiff-Appellant respectfully requests that the Court accept this notice as a response to the deficiency notice and allow time for the district court to rule on the transcript-at-government-expense motion.

Respectfully submitted,

/s/ Deborah Swan
Deborah Swan
1318 Chesterpoint Drive
Spring, TX 77386
346-372-4344
swansinvestigations@gmail.com
Plaintiff-Appellant, Pro Se