# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**



**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**


September 25, 2026

Ms. Deborah Swan
Justice Guard
Research Forrest
1318 Chesterpoint Drive
Spring, TX 77386

No. 26-20161 Swan v. Shields
USDC No. 4:25-CV-2799

Dear Ms. Swan,

We have determined that your brief is deficient (for the reasons cited below) and must be corrected within 14 days.

The only attachments allowed to the briefs without leave of court are statutes, rules, regulations, etc. See Fed. R. App. P. 28(f).

Note: Once you have prepared your sufficient brief, you must email the sufficient brief to pro_se@ca5.uscourts.gov.

Sincerely,

LYLE W. CAYCE, Clerk

By: Amanda M. Duroncelet
Amanda M. Duroncelet, Deputy Clerk
504-310-7636